**People of the State of Illinois, Plaintiff-Appellee, v. Albert Glenn Jackson, Defendant-Appellant.**

Gen. No. 50,225.

First District, Second Division.

October 26, 1965.

Stradford, Lafontant, & Lafontant, of Chicago (Jewel Lafontant, of counsel), for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Matthew J. Moran, Assistant State's Attorney, of counsel), for appellee. Opinion by JUSTICE LYONS. Not to be published in full.